Exhibit A to the Complaint

**Location:** Canyon Country, CA  **IP Address:** 172.116.35.124
**Total Works Infringed:** 55  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 0A6801B572CD21A0E68A66FF9B4D5EA38076EF75 | 05/08/2025 15:27:55 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 2 | a13372d383b6487823771167c3024ff64d0baf6f | 05/19/2025 06:54:25 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 3 | 2aa73a307b958167c8f552cf231d325f8e387d2c | 05/08/2025 15:26:18 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 4 | 7dbadcdba76805764f4b248f666d7752b115c164 | 05/08/2025 15:22:54 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 5 | aa9d6ed52e9fecea19124a8f7fe433617f801994 | 04/19/2025 07:17:56 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 6 | 36b534bb32b9b1d8106208fb20935ff578df4d37 | 04/14/2025 08:10:43 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 7 | bc750b54c1330d9f27aa44549fc2c6db5315a645 | 04/08/2025 09:37:11 | Blacked Raw | 03/22/2025 | 03/25/2025 | PA0002521738 |
| 8 | 52bdb8243fcb5b63e18de077884c32eb8a8bd5db | 04/01/2025 08:24:07 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 9 | 5ba2da08c36a2fa2409d662e9fa861ef6f8bf8e0 | 03/30/2025 08:00:46 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 10 | 9A84E4EEBFD21F4C2694D8BE9C890E422900B570 | 03/30/2025 07:47:52 | Vixen | 03/28/2025 | 04/23/2025 | PA0002527310 |
| 11 | 9d392b54d5ffe92319f3737cc962f7d65b301e64 | 03/13/2025 07:20:51 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 12 | ab6ebafd49eadd71f2316803bf55b6fb26b81efa | 03/13/2025 07:19:10 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 13 | e9916ef3eda15d5e4bfeeb0514d83ab523622867 | 03/08/2025 08:32:35 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 14 | ef35973ab04d713e637297399a8004e6b955d5dc | 03/08/2025 07:30:18 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 15 | 5dcbd495a3fce8a387ba23bca6ca047548d448f5 | 03/08/2025 07:30:06 | TushyRaw | 02/26/2025 | 03/25/2025 | PA0002521737 |
| 16 | 4D1B1BED1C599AA04DBF4BA76C6D550FD93A4FE8 | 02/11/2025 16:38:44 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 42f4fc72bfe526d9442abcd62f01232b062faf12 | 01/02/2025 00:17:24 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |
| 18 | 20D49D536912E1265D9389994045CC98A4B5A21D | 12/28/2024 09:52:04 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 19 | cb449a30844f774866ce876a5799ce364f9f76a1 | 12/28/2024 09:46:13 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 20 | 7180d3c158454f4eaa61633649fa674819a37411 | 12/28/2024 09:44:28 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 21 | 28eaa642ca985767b4eb098fd571550429777172 | 12/02/2024 08:36:43 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 22 | 53dd9da9e0b24b4961098d0683c348309445e260 | 11/15/2024 20:00:24 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 23 | d35de91797823d90cfd9eab5a55cf23e8d37ab3a | 09/22/2024 10:10:46 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 24 | e0df74d3d7e4f9a54dd02ca099d473a51bf2282f | 09/22/2024 10:09:58 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 25 | 521416B71DC5B9C590E9452CDBB38E908EC5AAB2 | 07/05/2024 19:26:50 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 26 | 5d69bc93d3a194ea942cac720eb78042798a46ff | 06/07/2024 00:26:52 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 27 | 008f5ed805add5e218c47797eeaccf314ebbe100 | 05/23/2024 16:17:01 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 28 | 5DD0DBFAA2187BEBA4C09043DDC5AB4DB83A8FE2 | 05/23/2024 15:33:47 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 29 | 1FEC5F1CA4B7920C69F7CBDA212ACC802C1F65D6 | 05/23/2024 15:31:05 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 30 | 9c63e546641fe9360d0e2e74fa520253685b3632 | 05/23/2024 15:16:31 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 31 | 6732064d2a98ff25c241724b2535256e71f37ad8 | 05/23/2024 15:14:38 | TushyRaw | 05/14/2024 | 06/19/2024 | PA0002476917 |
| 32 | 4FA6DAA4B0424D75CAC76A3588F638BA67C3EB7B | 04/19/2024 06:59:36 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 33 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 03/01/2024 08:33:26 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 34 | 6b2039c51e0ff53753ef5346e0ede82f3a3c3921 | 02/29/2024 16:43:20 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | abae67ded55b6149ad0b5144bb1949c403a3ae9e | 02/05/2024 09:11:47 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 36 | 2091d96c2a022e64e0ae5995086d0df7427a2663 | 02/05/2024 09:10:40 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 37 | ee41d4d083f0852da334e9797a3882dba5ff094e | 01/26/2024 08:54:38 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 38 | cc845533bb056852993b07ba306fba69fe418344 | 01/02/2024 07:58:13 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 39 | 87d75d9235b81ec354fdaa1f55f9c11c2eccfe07 | 12/16/2023 08:58:35 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 40 | 8de91d052243035212958dabe97ac5bbbe2d45aa | 12/16/2023 07:55:27 | TushyRaw | 11/01/2023 | 11/14/2023 | PA0002439668 |
| 41 | f6021f1e47d0e9151cfb0211762e2232d6846e51 | 12/10/2023 06:38:09 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 42 | b263a6bf860a42c4ed1561af94b647a2603fa926 | 12/08/2023 22:33:44 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 43 | a8a960799b9dc017edb03bdc9a6fe48f3169bdeb | 11/28/2023 16:21:08 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 44 | 8a9987e941e9650f69aed362ad812c39a8a0029b | 11/18/2023 08:57:48 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 45 | 7e588401d8cae523bf30b0a3b687b63372d63427 | 10/20/2023 06:51:46 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 46 | 3bd714763c5536aae8cf6485420e9774e3ba4d32 | 10/20/2023 06:50:09 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 47 | e6375cce5d614a14d52266108648fdd439ef90c1 | 09/10/2023 07:30:38 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 48 | 8ba4881bbf255b9586461057c2a46707e3be40e0 | 09/10/2023 07:29:35 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 49 | d3f024ba551e687b147333701d49d2bbf5e9a45c | 07/07/2023 16:50:50 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 50 | 826ff70f30baa33f6dafd6fd00f4f21e1bf4e461 | 07/07/2023 16:49:31 | Blacked | 05/07/2022 | 05/20/2022 | PA0002350371 |
| 51 | 7bcefc3958db9bc04900ffc5c9daf3e20c061a7c | 06/30/2023 17:26:01 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 52 | 9c646f34794969afdd028267bd8318ec21cfd4d2 | 06/26/2023 07:15:59 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 68FE67AB258A0D6022E32F1150E9C35596E4E767 | 12/15/2022 07:57:24 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 54 | 4044E985FD1D686F1001A93A90D3E209D6467C04 | 12/15/2022 07:53:11 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 55 | 040c855a55fdb1891d0d9d6655f11d3df0ec11f5 | 12/15/2022 07:51:41 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |